**J. W. RENFROE and Sara M. Renfroe, Plaintiffs-Appellees,**

v.

**UNITED STATES of America, Defendant-Appellant.**

**No. 30041.**

United States Court of Appeals, Fifth Circuit.

Feb. 11, 1971.

Ira de Ment U.S. Atty., Montgomery, Ala., Johnnie M. Walters, Asst. Atty. Gen., Lee A. Jackson, Meyer Rothwacks, Bennett N. Hollander, Ann E. Belanger, Attys., Dept. of Justice, Washington, D. C., for defendant-appellant.

Charles E. Porter, Henry B. Hardegree, Montgomery, Ala., for plaintiffs-appellees; Rushton, Stakely, Johnston & Garrett, Montgomery, Ala., of counsel.

Before CLARK, Associate Justice[*], and GEWIN and RONEY, Circuit Judges.

PER CURIAM:

Judgment affirmed. See Local Rule 21.[1]

---

[*] Associate Justice United States Supreme Court (Ret.), sitting by designation.

**J. Minos SIMON, Plaintiff-Appellant,**

v.

**John Julian McKEITHEN and Jack P. F. Gremillion, Defendants-Appellees.**

**No. 30141.**

United States Court of Appeals, Fifth Circuit.

Feb. 10, 1971.

J. Minos Simon, Lafayette, La., for plaintiff-appellant.

Jack P. F. Gremillion, Atty. Gen., Thomas W. McFerrin, Asst. Atty. Gen., Kenneth C. DeJean, Trial Atty., Baton Rouge, La., for defendants-appellees.

Before JOHN R. BROWN, Chief Judge, and WISDOM and RONEY, Circuit Judges.

PER CURIAM:

We affirm the district court's judgment of dismissal for failure to state a cause of action. Snyder v. Ware, E.D. La.1969, 314 F.Supp. 335, aff'd 397 U.S. 589, 90 S.Ct. 1355, 25 L.Ed.2d 595, puts to rest the issue the appellant advances with respect to LSA–R.S. 14:47. Moreover, the appellant has not been charged with a violation of the Louisiana defamation statute and he does not allege that such a charge is being considered. See Local Rule 21.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.